IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED STATES, RESTAURANT LAW CENTER, NATIONAL APARTMENT ASSOCIATION, MARYLAND BUILDING INDUSTRY ASSOCIATION, WASHINGTON GAS LIGHT COMPANY, PHILADELPHIA-BALTIMORE-WASHINGTON LABORERS' DISTRICT COUNCIL, TEAMSTERS LOCAL 96,<br><br>*Plaintiffs,*<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>*Defendant.* | CASE NO. 24-2942<br><br>**NOTICE OF ERRATA TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** |

**NOTICE OF ERRATA TO
COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

Plaintiffs National Association of Home Builders of the United States, Restaurant Law Center, National Apartment Association, Maryland Building Industry Association, Washington Gas Light Company, Philadelphia-Baltimore-Washington Laborers' District Council, and Teamsters Local 96 respectfully submit this errata to its Complaint for Declaratory and Injunctive Relief ("Complaint"), which was filed on October 17, 2024, at Docket No. 1, in order to correct an inadvertent clerical error. At the first page, case caption of the filed Complaint states "CASE NO. 24-2492," when in fact the assigned case number is 24-2942. Plaintiffs are concurrently filing a corrected Complaint that corrects this mistake and makes no other changes.

Dated: October 18, 2024

                                              Respectfully submitted,

                                              BAKER BOTTS L.L.P.

   /s/ Megan H. Berge
Megan H. Berge (Bar ID: 983714)
Scott Novak (DC Bar No. 1736274) (*admission pending*)
700 K St NW
Washington, DC 20001
202-639-1308
megan.berge@bakerbotts.com
scott.novak@bakerbotts.com
*Counsel for National Association of Home Builders of the United States, Restaurant Law Center, National Apartment Association, Maryland Building Industry Association, and Washington Gas Light Company*

RESTAURANT LAW CENTER

   /s/ Angelo Amador
Angelo Amador (Bar ID: 480031)
2055 L St NW
Washington, DC 20036
202-331-5913
AAmador@restaurant.org
*Counsel for Restaurant Law Center*

LIUNA, MID-ATLANTIC REGION

   /s/ Brian Petruska
Brian Petruska (Bar ID: 498321)
1875 Explorer Dr, Ste. 920
Reston, VA 20190
703-860-4194
bpetruska@mailliuna.org
*Counsel for Philadelphia-Baltimore-Washington Laborers' District Council*

MOONEY, GREEN, SAINDON, MURPHY & WELCH, P.C

   /s/ Lauren McDermott
Lauren McDermott (Bar ID: 1008301)
1920 L St NW
Washington, DC 20036
202-783-0010
lmcdermott@mooneygreen.com
*Counsel for Teamsters Local 96*

2