# AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

National Association of Home Builders of the United States, et al

    Plaintiff(s),

VS.

District of Columbia

    Defendant(s).

Attorney: Megan H. Berge

Baker Botts L.L.P.
700 K St., NW
Washington DC 20001



\*325088\*

**Case Number: 1:24-cv-02942-ACR**

Legal documents received by Same Day Process Service, Inc. on **10/21/2024** at **2:47 PM** to be served upon **District of Columbia, by serving Mayor of the District of Columbia at Office of the Attorney General, 400 6th St., NW, Washington, DC 20001**

I, **Michael Molash**, swear and affirm that on **October 21, 2024** at **3:30 PM**, I did the following:

Served **District of Columbia, by serving Mayor of the District of Columbia** by delivering a conformed copy of the **Summons in a Civil Action; Civil Cover Sheet; Complaint; Exhibits** to **Representative of the Office of the Attorney General** as **Authorized Agent** of **District of Columbia, by serving Mayor of the District of Columbia** at **Office of the Attorney General, 400 6th St., NW, Washington, DC 20001**.

**Supplemental Data Appropriate to this Service:** A representative of the Office of the Attorney General accepted service via electronic mail by their email address of: oagserviceofprocess@dc.gov as "in hand" delivery is not possible at this time. The representative acknowledged receipt of the email I had sent with the court documents on 10-21-2024 at 3:30 pm.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

*[signature]*

**Michael Molash**
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:325088

