UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED STATES**, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>**DISTRICT OF COLUMBIA**,<br><br>    Defendant. | No. 1:24-cv-02942-ACR |

## JOINT MOTION TO SET DEADLINES

The Parties jointly move under Rule 6(b)(1)(A) for an extension of Defendant District of Columbia's responsive pleading deadline to December 10, 2024, and an order that the Parties submit a proposed briefing schedule on cross-motions for summary judgment by December 17, 2024. The Parties conferred regarding a mutually agreeable, efficient procedure for resolving this case. The Parties agree that Plaintiffs' claim presents a predominantly legal question that can be resolved on cross-motions for summary judgment. The Parties further agree that Defendant should first file its answer, and then the Parties should file a joint status report proposing a briefing schedule for cross-motions for summary judgment. Because the Parties just reached agreement this week, Defendant needs additional time to draft its answer, which is currently due November 12. Accordingly, the Parties move the Court to enter the following deadlines:

1. Defendant's responsive pleading deadline is extended to December 10, 2024.

2. The Parties are to file a joint status report proposing a briefing schedule for cross-motions for summary judgment by December 17, 2024.

Pursuant to LCvR 7(a), this Motion includes all supporting points of law and authority.

A proposed order follows, as required by LCvR 7(c).

Date: November 8, 2024.    Respectfully submitted,

BAKER BOTTS L.L.P.    BRIAN L. SCHWALB
    Attorney General for the District of Columbia

*/s/ Megan H. Berge*
MEGAN H. BERGE [983714]    STEPHANIE E. LITOS
SCOTT NOVAK [1736274]    Deputy Attorney General
700 K St NW    Civil Litigation Division
Washington, DC
Phone: (202) 639-1308    */s/ Matthew R. Blecher*
Email: megan.berge@bakerbotts.com    MATTHEW R. BLECHER [1012957]
          scott.novak@bakerbotts.com    Chief, Civil Litigation Division, Equity Section

*Counsel for National Association of Home*    */s/ Honey Morton*
*Builders of the United States, Restaurant Law*    HONEY MORTON [1019878]
*Center, National Apartment Association,*    Assistant Chief, Equity Section
*Maryland Building Industry Association, and*
*Washington Gas Light Company*    */s/ Adam J. Tuetken*
    ADAM J. TUETKEN [242215]
    Assistant Attorney General
RESTAURANT LAW CENTER    Civil Litigation Division
    400 6th Street, NW
*/s/ Angelo Amador*    Washington, D.C. 20001
ANGELO AMADOR [480031]    Phone: (202) 735-7474
2055 L St NW    Email: adam.tuetken@dc.gov
Washington, DC
Phone: (202) 331-5913    *Counsel for Defendant*
Email: AAmador@restaurant.org

*Counsel for Restaurant Law Center*

LIUNA, MID-ATLANTIC REGION

*/s/ Brian Petruska*
BRIAN PETRUSKA [498321]
1875 Explorer Dr, Ste. 920
Reston, VA 20190
Phone: (703) 860-4194
Email: bpetruska@maliuna.org

*Counsel for Philadelphia-Baltimore-*
*Washington Laborers' District Council*

MOONEY, GREEN, SAIDON, MURPHY & WELCH, P.C.

*/s/ Lauren McDermott*
LAUREN MCDERMOTT [1008301]
1920 L St NW
Washington, DC
Phone: (202) 783-0010
Email: lmcdermott@mooneygreen.com

*Counsel for Teamsters Local 96*