UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED STATES,** *et al.*,<br><br>     **Plaintiffs,**<br><br>     v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>     **Defendant.** | No. 1:24-cv-02942-ACR |

### MOTION FOR PRO HAC VICE ADMISSION OF J. MARK LITTLE

Pursuant to LCvR83.2(g) and LCvR83.3(b), Plaintiffs National Association of Home Builders of the United States, Restaurant Law Center, National Apartment Association, Maryland Building Industry Association, and Washington Gas Light Company ("Plaintiffs") respectfully move this Court for an order admitting J. Mark Little of Baker Botts L.L.P. to this Court pro hac vice for the purposes of representing Plaintiffs through the conclusion of this case. In support of this Motion, Plaintiffs show as follows:

1.     Mr. Little is a member in good standing of the bar of the highest court of the State of Texas. He is a special counsel with Baker Botts L.L.P. in Houston, TX, and is admitted to practice in the state and federal courts demonstrated on his Declaration for Pro Hac Vice Admission, attached hereto as Exhibit 1. Certificates of Good Standing are attached hereto as Exhibit 2.

2.     Mr. Little is expected to participate in the preparation and trial of this matter for Plaintiffs.

126537478.1

3.	Megan H. Berge and Scott Novak have been duly and regularly admitted to practice in this Court.  Ms. Berge and Mr. Novak have entered appearances and will continue in this case as co-counsel for Plaintiffs.

WHEREFORE, Plaintiffs respectfully request that the Court enter an order allowing the appearance of J. Mark Little as counsel pro hac vice in this case.

Dated: December 6, 2024

Respectfully submitted,

BAKER BOTTS L.L.P.

*/s/ Scott Novak*
Megan H. Berge (Bar ID: 983714)
Scott Novak (Bar ID: 1736274)
700 K St. NW
Washington, DC 20001
202-639-1308
megan.berge@bakerbotts.com
scott.novak@bakerbotts.com

*Counsel for National Association of Home Builders of the United States, Restaurant Law Center, National Apartment Association, Maryland Building Industry Association, and Washington Gas Light Company*

### CERTIFICATE OF SERVICE

This certifies that, on December 6, 2024, a true and correct copy of the above and foregoing was served on all counsel of record via the Court's electronic filing system and/or electronic mail.

*/s/* Scott Novak
Scott Novak

126537478.1