UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED STATES,** *et al.*,<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>    **Defendant.** | No. 1:24-cv-02942-ACR |

## ORDER

The Court has reviewed the Plaintiffs' motion for pro hac vice admission of attorney J. Mark Little.  Upon consideration of that motion, the Court grants attorney J. Mark Little pro hac vice admission to this Court.

Date: _____        _____
                                                              JUDGE PRESIDING

126537478.1