UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED STATES,** *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>    Defendant. | No. 1:24-cv-02942-ACR |

## JOINT STATUS REPORT

Pursuant to the Court's instructions at the January 29, 2025 hearing and in the accompanying Minute Order, the Parties file this Joint Status Report. By way of background, at the hearing, the Court discussed with the Parties the possible jurisdictional issues in this case. The Court instructed Defendant District of Columbia to further consider whether it would raise jurisdictional defenses at this juncture and then to confer with Plaintiffs and propose a briefing schedule for either jurisdiction or the merits.

The Parties are still in discussions about how most efficiently to proceed and are evaluating options. The Parties anticipate that they need an additional week to complete the process. Thus, the Parties respectfully request that the Court order them to file another Joint Status Report on or before February 26, 2025.

| | |
|---|---|
| Date: February 19, 2025.<br><br>  BAKER BOTTS L.L.P.<br><br> */s/ Scott Novak*<br><br>  SCOTT NOVAK [1736274] | Respectfully submitted,<br><br>BRIAN L. SCHWALB<br>Attorney General for the District of Columbia<br><br>STEPHANIE E. LITOS<br>Deputy Attorney General |

700 K Street, NW
Washington, DC 20001
Phone: (202) 639-1316
Email: scott.novak@bakerbotts.com

J. MARK LITTLE [*admitted pro hac vice*]
910 Louisiana Street
Houston, TX 77002
Phone: (713) 229-1489
Email: mark.little@bakerbotts.com

*Counsel for National Association of Home Builders of the United States, Restaurant Law Center, National Apartment Association, Maryland Building Industry Association, and Washington Gas Light Company*

RESTAURANT LAW CENTER

*/s/ Angelo Amador*
ANGELO AMADOR [480031]
2055 L St NW
Washington, DC
Phone: (202) 331-5913
Email: AAmador@restaurant.org

*Counsel for Restaurant Law Center*

LIUNA, MID-ATLANTIC REGION

*/s/ Brian Petruska*
BRIAN PETRUSKA [498321]
1875 Explorer Dr, Ste. 920
Reston, VA 20190
Phone: (703) 860-4194
Email: bpetruska@maliuna.org

*Counsel for Philadelphia-Baltimore-Washington Laborers' District Council*

MOONEY, GREEN, SAIDON, MURPHY & WELCH, P.C.

*/s/ Lauren McDermott*
LAUREN MCDERMOTT [1008301]

Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

*/s/ Honey Morton*
HONEY MORTON [1019878]
Assistant Chief, Equity Section

*/s/ Adam J. Tuetken*
ADAM J. TUETKEN [242215]
Assistant Attorney General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 735-7474
Email: adam.tuetken@dc.gov

*Counsel for Defendant*

1920 L St NW
Washington, DC
Phone: (202) 783-0010
Email: lmcdermott@mooneygreen.com

*Counsel for Teamsters Local 96*