UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED STATES,** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>Defendant. | No. 1:24-cv-02942-ACR |

## JOINT STATUS REPORT

Pursuant to the Court's instructions at the January 29, 2025 hearing, the Parties respectfully request that the Court enter a briefing schedule to govern cross-motions for summary judgment addressing the merits of Plaintiffs' challenge. The Parties have conferred and propose the following deadlines and page limits:

| Event | Date | Page Limit |
|---|---|---|
| Plaintiffs' Motion for Summary Judgment | April 9, 2025 | 45 |
| Defendant's Combined Opposition to Plaintiffs' Motion and Cross-Motion for Summary Judgment | May 21, 2025 | 45 |
| Plaintiffs' Combined Reply in Support of Their Motion and Opposition to Defendant's Cross-Motion | June 18, 2025 | 35 |
| Defendant's Reply in Support of Its Motion | July 16, 2025 | 35 |

Date: February 26, 2025.

BAKER BOTTS L.L.P.

*/s/ Scott Novak*

SCOTT NOVAK [1736274]
700 K Street, NW
Washington, DC 20001
Phone: (202) 639-1316
Email: scott.novak@bakerbotts.com

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]

|  |  |
|---|---|
| J. MARK LITTLE [*admitted pro hac vice*]<br>910 Louisiana Street<br>Houston, TX 77002<br>Phone: (713) 229-1489<br>Email: mark.little@bakerbotts.com | Chief, Civil Litigation Division, Equity Section<br><br>*/s/ Honey Morton*<br>HONEY MORTON [1019878]<br>Assistant Chief, Equity Section<br><br>*/s/ Adam J. Tuetken*<br>ADAM J. TUETKEN [242215]<br>Assistant Attorney General<br>Civil Litigation Division<br>400 6th Street, NW<br>Washington, D.C. 20001<br>Phone: (202) 735-7474<br>Email: adam.tuetken@dc.gov<br><br>*Counsel for Defendant* |

*Counsel for National Association of Home Builders of the United States, Restaurant Law Center, National Apartment Association, Maryland Building Industry Association, and Washington Gas Light Company*

RESTAURANT LAW CENTER

*/s/ Angelo Amador*
ANGELO AMADOR [480031]
2055 L St NW
Washington, DC
Phone: (202) 331-5913
Email: AAmador@restaurant.org

*Counsel for Restaurant Law Center*

LIUNA, MID-ATLANTIC REGION

*/s/ Brian Petruska*
BRIAN PETRUSKA [498321]
1875 Explorer Dr, Ste. 920
Reston, VA 20190
Phone: (703) 860-4194
Email: bpetruska@maliuna.org

*Counsel for Philadelphia-Baltimore-Washington Laborers' District Council*

MOONEY, GREEN, SAIDON, MURPHY & WELCH, P.C.

*/s/ Lauren McDermott*
LAUREN MCDERMOTT [1008301]
1920 L St NW
Washington, DC
Phone: (202) 783-0010
Email: lmcdermott@mooneygreen.com

*Counsel for Teamsters Local 96*