UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED STATES,** *et al.*,<br><br>       **Plaintiffs,**<br><br>       v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>       **Defendant.** | **No. 1:24-cv-02942-ACR** |

## CONSENT MOTION TO MODIFY DEADLINES

The Parties previously requested (Doc. 24) and the Court entered (Doc. 25) the following briefing schedule for the cross-motions for summary judgment in this case:

| Event | Due Date | Page Limit |
|---|---|---|
| Plaintiffs' Motion for Summary Judgment | April 9, 2025 | 45 |
| Defendant's Combined Opposition to Plaintiffs' Motion and Cross-Motion for Summary Judgment | May 21, 2025 | 45 |
| Plaintiffs' Combined Reply in Support of Their Motion and Opposition to Defendant's Cross-Motion | June 18, 2025 | 35 |
| Defendant's Reply in Support of Its Motion | July 16, 2025 | 35 |

Plaintiffs—with the consent and non-opposition of Defendant—request a minor modification of that schedule that would push all of the deadlines out by one week, resulting in the following schedule:

| Event | Due Date | Page Limit |
|---|---|---|
| Plaintiffs' Motion for Summary Judgment | April 16, 2025 | 45 |
| Defendant's Combined Opposition to Plaintiffs' Motion and Cross-Motion for Summary Judgment | May 28, 2025 | 45 |
| Plaintiffs' Combined Reply in Support of Their Motion and Opposition to Defendant's Cross-Motion | June 25, 2025 | 35 |
| Defendant's Reply in Support of Its Motion | July 23, 2025 | 35 |

This is the first modification of the briefing schedule that either side has requested.

Plaintiffs request this modification of the briefing schedule not for purposes of delay, but rather to ensure that they will have sufficient time to produce helpful briefing for the Court. Among other obligations, counsel for Plaintiffs: (1) filed a memorandum in support of verified petition for writ of mandate and complaint on March 24 in *Western States Petroleum Association v. CARB*, No. 23CECG02976, in the Superior Court of the State of California for the County of Fresno; (2) assisted with preparation for argument on March 25 in *PacifiCorp v. EPA*, No. 23-1068, in the Supreme Court of the United States; (3) filed a reply brief on March 27, in *Nova Scotia Health Employees' Pension Plan v. McDermott International, Inc.*, No. 24-20326, in the U.S. Court of Appeals for the Fifth Circuit; (4) filed an initial complaint on March 27, in *The Elizabeth Condominium Association, Inc. v. Montgomery County*, No. 8:25-cv-01019, in the U.S. District Court for the District of Maryland; (5) has a response to a petition for rehearing due on April 10 in *Industrial Energy Consumers of America v. FERC*, No. 23-1334, in the U.S. Court of Appeals for the D.C. Circuit. The modification of the briefing schedule will assist counsel in completing this briefing alongside these other obligations.

Dated: April 1, 2025

BAKER BOTTS L.L.P.

/s/ *J. Mark Little*
J. MARK LITTLE [admitted pro hac vice]
910 Louisiana Street
Houston, TX 77002
Phone: (713) 229-1489
Email: mark.little@bakerbotts.com

SCOTT NOVAK [1736274]
700 K St NW
Washington, DC
Phone: (202) 639-1308
Email: scott.novak@bakerbotts.com

*Counsel for National Association of Home Builders of the United States, Restaurant Law Center, National Apartment Association, Maryland Building Industry Association, and Washington Gas Light Company*


RESTAURANT LAW CENTER

/s/ *Angelo Amador*
ANGELO AMADOR [480031]
2055 L St NW
Washington, DC
Phone: (202) 331-5913
Email: AAmador@restaurant.org

*Counsel for Restaurant Law Center*

LIUNA, MID-ATLANTIC REGION

/s/ *Brian Petruska*
BRIAN PETRUSKA [498321]
1875 Explorer Dr, Ste. 920
Reston, VA 20190
Phone: (703) 860-4194
Email: bpetruska@maliuna.org

*Counsel for Philadelphia-Baltimore-Washington Laborers' District Council*

MOONEY, GREEN, SAIDON, MURPHY & WELCH, P.C.

<u>/s/ *Lauren McDermott*</u>
LAUREN MCDERMOTT [1008301]
1920 L St NW
Washington, DC
Phone: (202) 783-0010
Email: lmcdermott@mooneygreen.com

*Counsel for Teamsters Local 96*