UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED STATES,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **DISTRICT OF COLUMBIA,** <br><br> Defendant. | No. 1:24-cv-02942-ACR |

## EXHIBIT INDEX

| Ex. No. | Description |
|---|---|
| Ex. 1 | D.C. Law 24-177 |
| Ex. 2 | Complaint for Declaratory and Injunctive Relief (Originally filed at ECF No. 1) |
| Ex. 3 | Declaration of Perry McGuire (Originally filed at ECF No. 1-1) |
| Ex. 4 | Declaration of Angelo Amador (Originally filed at ECF No. 1-2) |
| Ex. 5 | Declaration of Nicole Upano (Originally filed at ECF No. 1-3) |
| Ex. 6 | Declaration of Lori Graf (Originally filed at ECF No. 1-4) |
| Ex. 7 | Declaration of Donald "Blue" Jenkins (Originally filed at ECF No. 1-5) |
| Ex. 8 | Declaration of Ryan Boyer (Originally filed at ECF No. 1-6) |
| Ex. 9 | Declaration of Wilder Reed (Originally filed at ECF No. 1-7) |