UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED STATES,** *et al.*,<br><br>     **Plaintiffs,**<br><br>     v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>     **Defendant.** | **No. 1:24-cv-02942-ACR** |

## DEFENDANT'S EXHIBIT LIST

1. D.C. Council, Certification Record: B23-0420

2. Clean Energy DC Building Code Amendment Act of 2022 Committee Report

3. Climate Commitment Amendment Act of 2022 Committee Report

4. Construction Codes Coordinating Board Minutes (Sept. 21, 2023)

5. Appendix Z to the Energy Conservation Code (2017)

6. Appendix Z to the Energy Conservation Code (2023)

7. National Research Council, *Review of Site (Point-of-Use) and Full-Fuel-Cycle Measurement Approaches to DOE/EERE Building Appliance Energy-Efficiency Standards: Letter Report* (2009)

8. David Santana Ortiz & Mark Allen Bernstein, RAND, *Measures of Residential Energy Consumption and Their Relationships to DOE Policy* (1999)

9. American Public Gas Association, Comments (Apr. 30, 2014)

10. National Association of Home Builders, Comments (Oct. 19, 2010)

11. American Gas Association, Comments (Oct. 19, 2010)

12. U.S. Department of Energy, *A Common Definition for Zero Energy Buildings* (Sept. 2015)

13. Public Service Commission Order No. 19396

14. Washington Gas Light Company, Comments (Feb. 21, 2023)

| | |
|---|---|
| Date: May 28, 2025. | Respectfully submitted, |
| | BRIAN L. SCHWALB<br>Attorney General for the District of Columbia |
| | CHAD COPELAND<br>Deputy Attorney General<br>Civil Litigation Division |
| | */s/ Matthew R. Blecher*<br>MATTHEW R. BLECHER [1012957]<br>Chief, Civil Litigation Division, Equity Section |
| | */s/ Honey Morton*<br>HONEY MORTON [1019878]<br>Assistant Chief, Equity Section |
| | */s/ Adam J. Tuetken*<br>ADAM J. TUETKEN [242215]<br>Assistant Attorney General<br>Civil Litigation Division<br>400 6th Street, NW<br>Washington, D.C. 20001<br>(202) 735-7474<br>adam.tuetken@dc.gov |
| | *Counsel for Defendant* |