AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Nat'l Assoc. of Home Builders of the U.S., et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-2942-ACR |
| District of Columbia | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sierra Club and Chesapeake Climate Action Network.

Date:   06/04/2025

/s/ Timothy R. Oberleiton
*Attorney's signature*

Timothy R. Oberleiton Bar No. 1617107
*Printed name and bar number*

Earthjustice
1001 G St. NW
Washington, D.C. 20001

*Address*

toberleiton@earthjustice.org
*E-mail address*

(202) 793-5820
*Telephone number*

*FAX number*