**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ASSOCIATION OF ) <br> HOME BUILDERS OF THE UNITED ) <br> STATES, et al., ) <br>      ) <br>      Plaintiffs, ) <br>      ) <br>      v. ) <br>      ) <br> DISTRICT OF COLUMBIA, ) <br>      ) <br>      Defendant. ) <br> _____) | No. 8:24-cv-2942-ACR |

**Certificate Required by LCvR 26.1 of the Local Rules of the United States District Court for the District Of Columbia**

I, the undersigned, counsel of record for Sierra Club certify that to the best of my knowledge and belief the following are parent companies, subsidiaries, affiliates or companies which own at least 10% of the stock of Sierra Club which have any outstanding securities in the hands of the public:

**None**.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record for Sierra Club:

/s/ *Timothy R. Oberleiton*
Timothy R. Oberleiton (D.C. Bar No. 1617107)
Earthjustice
1001 G St. NW
Washington, D.C. 20001
(202) 793-5820
toberleiton@earthjustice.org