**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED STATES, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 1:24-cv-2942-ACR |
| v. | ) ) | |
| DISTRICT OF COLUMBIA, | ) ) | |
| Defendant. | ) ) ) | |

**Brief\* of *Amici Curiae***
**Sierra Club and Chesapeake Climate Action Network**
**in support of Defendant's Motion for Summary Judgment**

Timothy R. Oberleiton (D.C. Bar No. 1617107)
Earthjustice
1001 G St. NW
Washington, D.C. 20001
(202) 793-5820
toberleiton@earthjustice.org

*Counsel for Amici Curiae*

\* No party's counsel authored the attached *amicus curiae* brief in whole or in part, and no party or its counsel contributed money to fund the preparation or submission of the attached *amicus curiae* brief. *See* L.Cv.R. 7(o)(5) & FRAP 29(a)(4).

## TABLE OF CONTENTS

STATEMENT OF INTEREST ................................................................................................ 1

INTRODUCTION AND SUMMARY OF ARGUMENT ............................................... 3

ARGUMENT ....................................................................................................................... 4

    I.    Gas Combustion Emits Harmful Pollutants That Degrade Both Indoor and Outdoor Air Quality and Threaten Public Health.................................................................................. 4

    II.    Gas Combustion in Buildings Causes Harmful Climate Pollution, In Contravention of District Law. ........................................................................................................ 11

    III.    Indoor And Outdoor Air Pollution Related to Gas Combustion Exacerbates Health Risks to Vulnerable Populations, Including Low-Income Communities and Communities of Color................................................................................................... 13

    IV.    Regulating Air Pollution in and from Buildings Falls Squarely Within the District's Police Powers..................................................................................................... 17

CONCLUSION..................................................................................................................... 20

## TABLE OF AUTHORITIES

**Cases**

*Ass'n of Contracting Plumbers v. City of New York*,
    2025 WL 843619 (S.D.N.Y. Mar. 18, 2025) ........................................................ 19
*Cal. Div. of Labor Stds. Enforcement v. Dillingham Constr., N.A.*,
    519 U.S. 316 (2010) .................................................................................... 17
*Cannon v. Watermark Ret. Communities, Inc.*,
    45 F.4th 137 (D.C. Cir. 2022) ........................................................................ 20
*D.C. v. John R. Thompson Co.*,
    346 U.S. 100 (1953) .................................................................................... 18
*D.C. v. Owens-Corning Fiberglas Corp.*,
    572 A.2d 394 (D.C. 1989) .............................................................................. 18
*De Buono v. NYSA-ILA Med. and Clinical Services Fund*,
    520 U.S. 806 (1997) .................................................................................... 17
*Firemen's Ins. Co. of Washington, D.C. v. Washington*,
    43 F.2d 1323 (D.C. Cir. 1973) ........................................................................ 17
*Rowe v. New Hampshire Motor Transp. Ass'n*,
    552 U.S. 364 (2008) .................................................................................... 19

**Statutes and Regulations**

40 C.F.R. § 50.8(a)(1) ....................................................................................... 8
40 C.F.R. § 50.8(a)(2) ....................................................................................... 8
Energy Policy and Conservation Act. ............................................................. *passim*

**Administration Proceedings**

Md. Pub. Serv. Comm'n Case Nos. 9707, Office of People's Counsel Petition for Near-Term,
    Priority Actions and Comprehensive, Long-Term Planning For Maryland's Gas Companies
    (Feb. 9, 2023). ........................................................................................ 2
Md. Pub. Serv. Comm'n Case No. 9708, Washington Gas Light Company's Application for the
    Approval of a New Gas System Strategic Infrastructure Development and Enhancement Plan
    and Accompanying Cost Recovery Mechanism (June 16, 2023). .............................. 2
Md. Pub. Serv. Comm'n Case Nos. 9673, Complaint of the Office of People's Counsel Against
    Washington Gas Light Company and WGL Energy Services, Inc., PULJ Ruling on
    Washington Gas Light Company's Request for Dismissal and the Maryland Office of People's
    Counsel's Motion for Summary Judgment (Mar. 20, 2025). ................................... 2

**Federal Register**

California State Implementation Plan Revisions,
    47 Fed. Reg. 29,231 (Jan. 7, 1986) ................................................................ 19
Clean Air Fine Particle Implementation Rule,
    72 Fed. Reg. 20,586 (Apr. 25, 2007) ................................................................ 7
Energy Conservation Program: Energy Conservation Standards for Residential Refrigerators,
    Refrigerator-Freezers, and Freezers,
    75 Fed. Reg. 59,470 (Sept. 27, 2010). ............................................................ 18

Energy Conservation Program: Energy Conservation Standards for Residential Water Heaters, Direct Heating Equipment, and Pool Heaters, 75 Fed. Reg. 20,112 (Apr. 16, 2010). ................................................................. 19

Energy of Conservation Program for Consumer Products; Proposed Rulemaking and Public Hearings Regarding Energy Efficiency Standards for Refrigerators and Refrigerator-Freezers, Freezers, Clothes Dryers, Water Heaters, Room Air Conditioners, Kitchen Ranges and Ovens, Central Air Conditioners, and Furnaces, 47 Fed. Reg. 14,424 (April 2, 1982). ................................................................. 18

National Ambient Air Quality Standards for Particulate Matter, 62 Fed. Reg. 38,652 (July 18, 1997). ............................................................................. 7

National Ambient Air Quality Standards for Particulate Matter, 71 Fed. Reg. 61,144 (Oct. 17, 2006). ............................................................................. 7

National Primary and Secondary Ambient Air Quality Standards, 36 Fed. Reg. 8186 (Apr. 30, 1971) ................................................................................. 6

U.S. EPA, Review of the Primary National Ambient Air Quality Standards for Oxides of Nitrogen, 83 Fed. Reg. 17,226 (April 18, 2018) ................................................. 6

**Other Authorities**

Adamkiewicz, Gary *et al.*, *Moving Environmental Justice Indoors: Understanding Structural Influences on Residential Exposure Patterns in Low-Income Communities*, 101 AM. J. PUB. HEALTH 238 (Dec. 2011) .................................................................. 16

Am. Cancer Soc'y, *Benzene and Cancer Risk* (2023) ................................................... 9

Am. Lung Ass'n, *Literature Review on the Impacts of Residential Combustion, Final Report* (2022). ...................................................................................................................... 10

Am. Pub. Health Ass'n, *Gas Stove Emissions are a Public Health Concern: Exposure to Indoor Nitrogen Dioxide Increases Risk of Illness in Children, Older Adults, and People with Underlying Health Conditions* (Nov. 8, 2022) ........................................................ 10

Belanger, Kathleen *et al.*, *Household levels of nitrogen dioxide and pediatric asthma severity*, 24 Epidemiology 320 (2013) .................................................................................. 14

Beyond Gas, *Cooking Up Danger: Community Study Reveals Hazardous Nitrogen Dioxide Levels in DC and Maryland Kitchens* (Nov. 2024) ....................................................... 1

Carballo, Ireri Hernandez, *et al.*, *The Impact of Air Pollution on COVID-19 Incidence, Severity, and Mortality: A Systematic Review of Studies in Europe And North America*, 215 ENV. RESEARCH Part 1 .............................................................................................. 17

CCAN, *et al.*, *Cutting Through the Smog: How Air Quality Standards Help Solve the Hidden Health Toll Of Air Pollution From Maryland's Homes And Businesses* (Sept. 2023). ............. 2

Clark, Lara P. *et al.*, *National Patterns in Environmental Justice and Inequality: Outdoor NO2 Air Pollution in the United States*, PLoS ONE 9(4): e94431 (April 15, 2014) ...................... 15

Garg, A., *et al.*, Exposure and Health Risks of Benzene from Combustion by Gas Stoves: A Modelling approach in US Homes, 492 J. HAZARDOUS MATERIALS 15 (July 2025) ................. 9

Gruenwald, Taylor *et al.*, *Population Attributable Fraction of Gas Stoves and Childhood Asthma in the United States*, 20 INT'L J. ENV'T RSCH. & PUB. HEALTH 75 (2023). ............................... 3

Hasselblad, Vic *et al.*, *Synthesis of environmental evidence: Nitrogen dioxide epidemiology studies*, 42 J. AIR & WASTE MGMT. ASS'N 662 (1992). ...................................................... 13

Hu, Tianchao *et al.*, Indoor Environment at Lawrence Berkeley National Lab, *Compilation of Published PM2.5 Emission Rates for Cooking, Candles and Incense for Use in Modeling of Exposures in Residences*, 11 (Aug. 2012) ................................................................. 7

Jiao, Xiaoqiao, *et al.*, *Significant Cross-Contamination Caused by Cooking Fume Transport Between Dwelling Units in Multilayer Buildings*, 59 ENV'T SCI. & TECH. 19 (May 8, 2025).......................................................................... 5

Kashtan, Yannai S. *et al.*, *Gas and Propane Combustion from Stoves Emits Benzene and Increases Indoor Air Pollution*, 57 ENV'T SCI. & TECH. 9653 (June 2023) .......................... 5, 8

Klepeis, Neil E. *et al.*, *The National Human Activity Pattern Survey (NHAPS): A Resource for Assessing Exposure to Environmental Pollutants*, 11 J. EXPOSURE ANALYSIS & ENV'T EPIDEMIOLOGY 231 (2001) ......................................................................................... 5

Krasner, Andee *et al.*, *Cooking with Gas, Household Air Pollution, and Asthma: Little Recognized Risk for Children*, 83 J. ENV'T HEALTH 8 (2021) .................................... 5

Lebel, Eric D. *et al.*, *Composition, Emissions, and Air Quality Impacts of Hazardous Air Pollutants in Unburned Natural Gas from Residential Stoves in California*, 56 ENV'T SCI. & TECH. 15828 (Oct. 20, 2022) ..................................................... 4, 9

Lebel, Eric D. *et al.*, *Methane and NOx Emissions from Natural Gas Stoves, Cooktops, and Ovens in Residential Homes*, 56 ENV'T SCI. TECH. 2529 (2022)................................. 5

Lin, Weiwei *et al.*, *Meta-Analysis of the Effects of Indoor Nitrogen Dioxide and Gas Cooking on Asthma and Wheeze in Children*, 42 INT'L J. EPIDEMIOLOGY 1728 (Dec. 2013). ................. 3, 14

Logue, Jennifer M. *et al.*, *Pollutant Exposures from Natural Gas Cooking Burners: A Simulation-Based Assessment for Southern California*, 122 ENV'T HEALTH PERSPECTIVES 43 (Jan. 2014)........................................................................................................ 6

Louis-Prescott, L, *et al.*.; Rocky Mountain Institute, *How Air Agencies Can Help End Fossil Fuel Pollution from Buildings* (2021)........................................................................ 16

Michanowicz, Drew R. *et al.*, *Home Is Where the Pipeline Ends: Characterization of Volatile Organic Compounds Present in Natural Gas at the Point of the Residential End User* 56 ENV'T SCI. & TECH. 10258 (June 2022)................................................................. 4, 5, 8, 9

Morales, Eva *et al.*, *Association of Early-life Exposure to Household Gas Appliances and Indoor Nitrogen Dioxide With Cognition and Attention Behavior in Preschoolers*, 169 AM. J. EPIDEMIOLOGY 1327 (2009) ................................................................................ 14

Nat'l Ctr. for Healthy Hous., *Studying the Optimal Ventilation for Environmental Indoor Air Quality* 3 (Apr. 2022).......................................................................................... 6

Rewiring America, *Breathe Easy* (Dec. 2024). ................................................................. 11

Rose, Jason J. *et al.*, *Carbon Monoxide Poisoning: Pathogenesis, Management, and Future Directions of Therapy*, 195 AM. J. RESPIRATORY & CRITICAL CARE MED. 596 (2017) ............ 7

Tan, Yu A. *et al.*, RMI, *Decarbonizing Homes: Improving Health in Low-Income Communities through Beneficial Electrification* at 17 (2021)........................................................ 14

Tessum, Christopher W. *et al.*, *PM2.5 polluters disproportionately and systemically affect people of color in the United States*, 7 SCI. ADVANCES 18 (April 28, 2021) ...................................... 16

U.S. Centers for Disease Control & Prevention, *Carbon Monoxide Poisoning* (April 17, 2024) ................................................................................................ 9

U.S. Centers for Disease Control & Prevention, Polycyclic Aromatic Hydrocarbons (PAHs) Fact Sheet (Nov. 2009) ..................................................................................... 8

U.S. EPA, *Basic Information about NO2* ....................................................................... 4

U.S. EPA, *Carbon Monoxide's Impact on Indoor Air Quality*.................................................. 10

U.S. EPA, *Facts About Formaldehyde* .................................................................. 5

U.S. EPA, *Health and Environmental Effects of Particulate Matter (PM): Health Effects* ........... 7

U.S. EPA, *Integrated Science Assessment for Oxides of Nitrogen – Health Criteria,* ................. 6

U.S. EPA, *Integrated Science Assessment for Oxides of Nitrogen – Health Criteria* (July 2008). 6

U.S. EPA, *Integrated Science Assessment for Ozone and Related Photochemical Oxidants* (Feb. 2013) ................................................................................................................ 11

U.S. EPA, *Integrated Science Assessment for Particulate Matter* (Dec. 2019) ........................ 7

U.S. EPA, *National Emissions Inventory (NEI) Data* ................................................. 10

U.S. EPA, *Ozone National Ambient Air Quality Standards (NAAQS)* ......................... 11

U.S. EPA, *Report to Congress on Indoor Air Quality Volume II: Assessment and Control of Indoor Air Pollution* (Aug. 1989) ....................................................................... 5

U.S. EPA, *The Inside Story: A Guide to Indoor Air Quality* ....................................... 5

U.S. EPA, *What are combustion products?* ............................................................... 5

U.S. EPA, *What is Ozone?* ....................................................................................... 11

Wu, Xiao *et al.*, *Exposure to Air Pollution and COVID-19 Mortality in the United States*, 6 Sci. Advances 45 (Nov. 4, 2020)…………………………………………………………17

Yazdi, Mahdieh D. *et al.*, Long-Term Association of Air Pollution and Hospital Admissions Among Medicare Participants Using a Doubly Robust Additive Model, 143 Circulation 1584 (Feb. 22, 2021)………………………………………………………………………...15

## STATEMENT OF INTEREST

*Amicus* Sierra Club is a national grassroots environmental organization with more than 617,000 members nationwide, including over 2,250 members in the District of Columbia. Sierra Club's Building Electrification campaign endeavors to educate the public about the health harms caused by burning methane gas in homes, offices, and federal buildings and advocates for policies that protect against such harms. Sierra Club played an active role in supporting the passage of the Clean Energy D.C. Building Code Amendment Act of 2022 ("Clean Buildings Act"). Pursuant to that law, regulating on-site fuel combustion in new buildings and substantial renovations is critical to meeting the District's legally mandated greenhouse gas emissions reduction targets in the Climate Commitment Amendment Act of 2022.

*Amicus* Chesapeake Climate Action Network ("CCAN") is a grassroots organization dedicated exclusively to fighting for bold and just solutions to climate change in the Chesapeake region of Maryland, Virginia, and Washington, D.C. CCAN has 7,800 members in the District of Columbia, and was an ardent supporter of the passage of the Clean Buildings Act.

Sierra Club and CCAN have been actively highlighting the public health threats of gas combustion. In November 2024, Sierra Club worked with local partners to release a report on indoor air quality testing in nearly 700 kitchens across the Washington, D.C. metro area with gas stoves.[1] In nearly-two thirds of the kitchens tested, the study found significantly elevated levels of nitrogen oxide—well in excess of the federal health-based standard for outdoor air.[2] Nitrogen

---

[1] Beyond Gas, *Cooking Up Danger* (Nov. 2024), *available at* https://beyondgasdc.org/cooking-up-danger-community-study-reveals-hazardous-nitrogen-dioxide-levels-in-dc-and-maryland-kitchens/. This study also highlighted the unpredictability of gas pollution. In some cases, turning on a kitchen fan unexpectedly increased nitrogen oxide emissions, and nitrogen dioxide levels were often even higher in upstairs bedrooms than in the kitchens themselves. *Id*. at 10.
[2] *Id*. at 3.

oxide, which is a harmful respiratory irritant in its own right, is also a precursor to ozone (also

called smog). Both Sierra Club and CCAN have issued reports demonstrating the significant

contribution of gas combustion in buildings to outdoor air pollution in the form of nitrogen

oxide.[3] In fact, a report co-authored by CCAN in September 2023 found that pollution from

fossil fuel equipment in buildings emits significantly more nitrogen oxide than regional power

plants.[4] Sierra Club and CCAN are also engaged in multiple administrative and legislative efforts

to regulate District residents' exposure to harmful air pollution from gas combustion. Sierra

Club and CCAN have filed comments with the District of Columbia Public Service Commission

in support of long-term planning to wind down the gas system. Sierra Club and CCAN have

raised alarms about Plaintiff Washington Gas Light Company's attempts to spend millions of

ratepayer dollars building new gas distribution pipes, and its advertising to customers that

incorrectly portrays gas use as climate-friendly—which the Maryland Public Service

Commission has agreed is misleading.[5]

        In states including California, Colorado, Maryland, New York, and Washington, Sierra

Club and CCAN have been permitted to file *amicus* briefs or have intervened in support of state

---

[3] *Id.*

[4] CCAN, *et al.*, *Cutting Through the Smog: How Air Quality Standards Help Solve the Hidden Health Toll Of Air Pollution From Maryland's Homes And Businesses* at 2 (Sept. 2023), https://www.greenandhealthyhomes.org/wp-content/uploads/MD-NOx-Report-_V12_unembargoed.pdf.

[5] Md. Pub. Serv. Comm'n Case No. 9707, Office of People's Counsel Petition for Near-Term, Priority Actions and Comprehensive, Long-Term Planning For Maryland's Gas Companies (Feb. 9, 2023); Md. Pub. Serv. Comm'n Case No. 9708, Washington Gas Light Company's Application for the Approval of a New Gas System Strategic Infrastructure Development and Enhancement Plan and Accompanying Cost Recovery Mechanism (June 16, 2023); Md. Pub. Serv. Comm'n Case No. 9673, Complaint of the Office of People's Counsel Against Washington Gas Light Company and WGL Energy Services, Inc., PULJ Ruling on Washington Gas Light Company's Request for Dismissal and the Maryland Office of People's Counsel's Motion for Summary Judgment (Mar. 20, 2025).

and local governments' efforts to exercise their traditional police powers to protect public health and safety by regulating the combustion of gas in homes and buildings.  Sierra Club and CCAN have an interest in ensuring that federal law is not misinterpreted to thwart the ability of the District of Columbia, other localities, or states to safeguard their residents.

## INTRODUCTION AND SUMMARY OF ARGUMENT

The gas appliances inside our homes, schools, and workplaces are making us sick.  While the wide-ranging health impacts attributable to emissions from gas appliances were first recognized decades ago, the last decade of peer-reviewed scientific literature has established the true extent and severity of the connection.  It is now indisputable that gas combustion in buildings is a leading source of both indoor and outdoor air pollution.  The burning of gas produces high levels of harmful indoor emissions that often exceed federal outdoor air quality standards.  The consequent air pollution inside buildings has a significant impact on human health and can cause or exacerbate a range of serious negative health issues, such as asthma, chronic obstructive pulmonary disease, cardiovascular disease, cognitive deficits, cancer, and death.  Nearly 13% of childhood asthma nationwide is attributable to gas stove use,[6] and children living in homes with gas stoves are 42% more likely to experience asthma symptoms.[7] Gas combustion from buildings is also an outsized contributor to degraded ambient air quality, as well as climate-changing greenhouse gas emissions.  Emissions from buildings alone represent 72% of the District's overall emissions.

---

[6] Gruenwald, Taylor *et al.*, *Population Attributable Fraction of Gas Stoves and Childhood Asthma in the United States*, 20 INT'L J. ENV'T RSCH. & PUB. HEALTH 75 (2023), *available at* https://doi.org/10.3390/ijerph20010075.

[7] Lin, Weiwei *et al.*, *Meta-Analysis of the Effects of Indoor Nitrogen Dioxide and Gas Cooking on Asthma and Wheeze in Children*, 42 INT'L J. EPIDEMIOLOGY 1728 (Dec. 2013), *available at* https://doi.org/10.1093/ije/dyt150.

In response, states and localities—including the District of Columbia—have acted on the public health threat of gas combustion by enacting legislation and ordinances to reduce gas combustion in buildings. Plaintiffs' expansive reading of the Energy Policy and Conservation Act ("EPCA")'s preemptive reach runs contrary to the District's authority to address these public health harms pursuant to its valid police powers. The District's actions are valid exercises of its clear, undisputed authority to protect public health and safety. The strained and erroneous reading of EPCA's preemptive provisions creates absurd results that not only frustrate the District's efforts to transition from fossil fuels to clean energy, but also impede a host of other valid exercises of local authority. As such, Defendant's Motion for Summary Judgment should be granted and Plaintiffs' Motion for Summary Judgment should be denied.

## ARGUMENT

**I.    Gas Combustion Emits Harmful Pollutants That Degrade Both Indoor and Outdoor Air Quality and Threaten Public Health.**

Termed "natural gas" by industry, the blend of chemicals that is piped into homes and other buildings across the country is primarily composed of methane.[8] The chemical byproducts of combusting gas include the greenhouse gas carbon dioxide, as well as nitrogen dioxide ($NO_2$),[9] carbon monoxide, particulate matter ("PM"), and volatile organic compounds such as

---

[8] Michanowicz, Drew R. *et al.*, *Home Is Where the Pipeline Ends: Characterization of Volatile Organic Compounds Present in Natural Gas at the Point of the Residential End User*, 56 ENV'T SCI. & TECH. 10258, 10258 (June 2022), *available at* https://pubs.acs.org/doi/10.1021/acs.est.1c08298 (identifying 296 volatile organic compounds aside from methane in cooking gas samples); Lebel, Eric D. *et al.*, *Composition, Emissions, and Air Quality Impacts of Hazardous Air Pollutants in Unburned Natural Gas from Residential Stoves in California*, 56 ENV'T SCI. & TECH. 15828 (Oct. 20, 2022), *available at* https://pubs.acs.org/doi/pdf/10.1021/acs.est.2c02581.

[9] "Nitrogen Dioxide ($NO_2$) is one of a group of highly reactive gases known as oxides of nitrogen or nitrogen oxides (NOx). Other nitrogen oxides include nitrous acid and nitric acid. NO2 is used as the indicator for the larger group of nitrogen oxides." U.S. EPA, *Basic

formaldehyde.[10] Exposure to these pollutants has been increasingly linked to higher rates of respiratory and cardiovascular illnesses, such as childhood asthma, as well as reduced lung function and premature death.[11] That these pollutants are generated—and in large part remain—indoors raises even greater concerns for public welfare, given that U.S. residents spend nearly 90% of their time indoors.[12] And it is not just the kitchen where gas is unsafe—a recent study has shown harmful emissions generated by gas stoves tend to permeate other rooms in buildings, resulting in a 40 to 80% increase in PM exposure in other rooms.[13] In addition, gas stoves leak unburned gas containing carcinogenic pollutants—such as benzene—into homes at a near-constant rate, even when they are turned off.[14]

---

*Information about NO2*, *available at* https://www.epa.gov/no2-pollution/basic-information-about-no2#What%20is%20NO2 (last updated July 16, 2024).

[10] U.S. EPA, *What are combustion products?*, *available at* https://www.epa.gov/indoor-air-quality-iaq/what-are-combustion-products (last updated Dec. 4, 2024); U.S. EPA, *Facts About Formaldehyde*, https://www.epa.gov/formaldehyde/facts-about-formaldehyde (last updated Sept. 11, 2024).

[11] Krasner, Andee *et al.*, *Cooking with Gas, Household Air Pollution, and Asthma: Little Recognized Risk for Children*, 83 J. ENV'T HEALTH 8, 14 (2021), *available at https://www.proquest.com/docview/2505418593?sourcetype=Scholarly%20Journals*.

[12] U.S. EPA, *The Inside Story: A Guide to Indoor Air Quality*, *available at* https://www.epa.gov/indoor-air-quality-iaq/inside-story-guide-indoor-air-quality (last updated Oct. 22, 2024); Klepeis, Neil E. *et al.*, *The National Human Activity Pattern Survey (NHAPS): A Resource for Assessing Exposure to Environmental Pollutants*, 11 J. EXPOSURE ANALYSIS & ENV'T EPIDEMIOLOGY 231, 242 (2001) *available at https://pubmed.ncbi.nlm.nih.gov/11477521/*; *see also* U.S. EPA, *Report to Congress on Indoor Air Quality Volume II: Assessment and Control of Indoor Air Pollution* (Aug. 1989), *available at* https://nepis.epa.gov/Exe/ZyPDF.cgi/9100LMBU.PDF?Dockey=9100LMBU.PDF.

[13] Jiao, Xiaoqiao, *et al.*, *Significant Cross-Contamination Caused by Cooking Fume Transport Between Dwelling Units in Multilayer Buildings*, 59 ENV'T SCI. & TECH.19 (May 8, 2025) available at https://pubs.acs.org/doi/abs/10.1021/acs.est.4c13818#

[14] *See* Lebel, Eric D. *et al.*, *Methane and NOx Emissions from Natural Gas Stoves, Cooktops, and Ovens in Residential Homes*, 56 ENV'T SCI. TECH. 2529, 2534 (2022), *available at* https://pubs.acs.org/doi/10.1021/acs.est.1c04707 (research results showing that "most stoves and associated nearby piping leak some methane continuously"); Michanowicz *et al.*, *supra* n.8, at 10266 (finding benzene and other carcinogenic pollutants in gas samples from home kitchens); Kashtan, Yannai S. *et al.*, *Gas and Propane Combustion from Stoves Emits Benzene and*

*Nitrogen Dioxide.*  The U.S. Environmental Protection Agency ("EPA") has long recognized that nitrogen dioxide, a prevalent pollutant from gas combustion, can cause asthma.[15] Exposure to nitrogen dioxide is also linked to chronic obstructive pulmonary disease, cardiovascular effects, diabetes, cancer, and reproductive harms.[16] As EPA recognized in 2008, "homes with gas cooking appliances have approximately 50% to over 400% higher [nitrogen dioxide] concentrations than homes with electric cooking appliances."[17] Indeed, scientists at the Lawrence Berkeley National Laboratory demonstrated that up to 70% of residents living in homes with unvented[18] gas cooking appliances are exposed to nitrogen dioxide concentrations that exceed the National Ambient Air Quality Standard (EPA's outdoor limit) of 100 parts per billion.[19] These results mirror Sierra Club's findings of elevated nitrogen dioxide levels in kitchens across the District of Columbia and Maryland.[20]

---

*Increases Indoor Air Pollution*, 57 ENV'T SCI. & TECH. 9653 (June 2023), *available at* https://pubs.acs.org/doi/10.1021/acs.est.2c09289.

[15] National Primary and Secondary Ambient Air Quality Standards, 36 Fed. Reg. 8186 (Apr. 30, 1971).

[16] U.S. EPA, *Integrated Science Assessment (ISA) For Oxides of Nitrogen – Health Criteria*, 1-17, 1-22 to 1-30, 5-55 (Jan. 2016), *available at* https://assessments.epa.gov/isa/document/&deid=310879

[17] U.S. EPA, *Integrated Science Assessment for Oxides of Nitrogen – Health Criteria* at 2-38 (July 2008), *available at* https://assessments.epa.gov/isa/document/&deid=194645#downloads

[18] Even exhaust ventilation of gas cooking appliances has proved to be less effective at reducing pollution than previously thought. *See* Nat'l Ctr. for Healthy Hous., *Studying the Optimal Ventilation for Environmental Indoor Air Quality* 3 (Apr. 2022), *available at* https://nchh.org/resource-library/report_studying-the-optimal-ventilation-for-environmental-indoor-air-quality.pdf (emissions monitoring in Chicago and New York homes found no significant reduction in NO2 from ventilation and 13% to 44% reductions in other contaminants).

[19] Logue, Jennifer M. *et al.*, *Pollutant Exposures from Natural Gas Cooking Burners: A Simulation-Based Assessment for Southern California*, 122 ENV'T HEALTH PERSPECTIVES 43, 47, 49-50 (Jan. 2014), *available at* https://pmc.ncbi.nlm.nih.gov/articles/PMC3888569/; U.S. EPA, Review of the Primary National Ambient Air Quality Standards for Oxides of Nitrogen, 83 Fed. Reg. 17,226, 17,226-27 (April 18, 2018).

[20] *See* Beyond Gas, *supra* n.1.

**Particulate Matter.**  Particulate matter is another form of air pollution generated by gas combustion that poses a unique threat to human health.[21] $PM_{2.5}$, or fine particulate matter, refers to inhalable particles with diameters that are 2.5 micrometers and smaller, and thus easily penetrate the defenses of our lungs.[22] $PM_{2.5}$ is mainly produced by "combustion processes and by atmospheric reactions of various gaseous pollutants."[23] EPA has acknowledged that there is no safe level of $PM_{2.5}$ exposure.[24] Exposure to $PM_{2.5}$ pollution has been linked to premature mortality; heart attacks, strokes, worsening of chronic heart failure, and sudden cardiac death; impaired fetal and childhood lung function development; acute and chronic decreases in lung function; respiratory infections; respiratory emergency department visits, hospitalizations, and deaths; and the development and exacerbation of asthma.[25] While $PM_{2.5}$ is a byproduct of cooking on both electric and gas stoves, emissions from gas stoves can be two times higher than from electric stoves.[26]

---

[21] National Ambient Air Quality Standards for Particulate Matter, 62 Fed. Reg. 38,652, 38,653–54 (July 18, 1997).
[22] *Id.* at 38,654.
[23] National Ambient Air Quality Standards for Particulate Matter, 71 Fed. Reg. 61,144, 61,146 (Oct. 17, 2006).
[24] U.S. EPA, *Integrated Science Assessment for Particulate Matter* (Dec. 2019), *available at* https://cfpub.epa.gov/ncea/isa/recordisplay.cfm?deid=347534
[25] Clean Air Fine Particle Implementation Rule, 72 Fed. Reg. 20,586, 20,586-87 (Apr. 25, 2007). *See also* U.S. EPA, *Health and Environmental Effects of Particulate Matter (PM): Health Effects*, *available at* https://www.epa.gov/pm-pollution/health-and-environmental-effects-particulate-matter-pm (last updated July 16, 2024).
[26] Hu, Tianchao *et al.*, Indoor Environment at Lawrence Berkeley National Lab, *Compilation of Published $PM_{2.5}$ Emission Rates for Cooking, Candles and Incense for Use in Modeling of Exposures in Residences*, 11 (Aug. 2012), *available at* https://indoor.lbl.gov/publications/compilation-published-pm25-emission.

**Carbon Monoxide.**  Carbon monoxide poisoning results in more than 400 deaths and over 100,000 emergency department visits in the United States annually.[27] Carbon monoxide exposure is also linked to respiratory illnesses and neurological impairment.[28] According to EPA, homes with gas stoves have higher carbon monoxide levels than those without.[29] Indeed, some gas stoves create high indoor carbon monoxide levels that nearly exceed the health-based outdoor ambient air quality standards established by EPA.[30]

**Cancer-Causing Compounds.**  In addition to the byproducts of fossil fuel burning that have been understood for decades, newer research indicates that gas combustion also releases semi-volatile organic compounds known as polycyclic aromatic hydrocarbons (PAHs),[31] as well as volatile organic compounds, such as formaldehyde[32] and benzene.[33] All of these are linked to cancer and, thus, no safe level of exposure can be recommended.  For instance, long-term exposure to benzene can lead to blood disorders and, according to the American Cancer Society, is linked to higher rates of cancer, including leukemia and other blood cancers.  Short-term exposure to benzene can also cause "drowsiness, dizziness, headaches, tremors, confusion,

---

[27] U.S. Centers for Disease Control & Prevention, *Carbon Monoxide Poisoning* (April 17, 2024), *available at* https://www.cdc.gov/carbon-monoxide/about/index.html; *see also* Rose, Jason J. *et al.*, *Carbon Monoxide Poisoning: Pathogenesis, Management, and Future Directions of Therapy*, 195 AM. J. RESPIRATORY & CRITICAL CARE MED. 596 (2017), *available at* https://www.atsjournals.org/doi/full/10.1164/rccm.201606-1275CI.

[28] EPA, *supra* n. 24 at 2-7.

[29] EPA, *Carbon Monoxide's Impact on Indoor Air Quality*, *available at* https://www.epa.gov/indoor-air-quality-iaq/carbon-monoxides-impact-indoor-air-quality (last updated April 11, 2025).

[30] *See id.* (gas stoves can lead to carbon monoxide concentrations over 30ppm); 40 C.F.R. § 50.8(a)(1),(2) (setting carbon monoxide ambient air quality standard at 9ppm for 8-hour exposure window and at 35ppm for a 1-hour exposure window).

[31] U.S. Centers for Disease Control & Prevention, Polycyclic Aromatic Hydrocarbons (PAHs) Fact Sheet (Nov. 2009), *available at* https://www.epa.gov/sites/default/files/2014-03/documents/pahs_factsheet_cdc_2013.pdf.

[32] U.S. EPA, *supra* n. 12.

[33] Michanowicz *et al.*, *supra* n. 8, at 10266; Kashtan *et al.*, *supra* n. 14.

8

and/or unconsciousness."[34] A 2022 study of Boston's gas supply revealed the presence of 296

volatile organic compounds, including 21 hazardous air pollutants.[35] Researchers in California

similarly found 12 hazardous air pollutants in gas piped into homes, including benzene in similar

concentrations to those in secondhand tobacco smoke.[36] A recent study found that benzene

exposure in homes is likely to double the risk of cancer.[37]

Given the robust body of scientific literature evidencing these harms, leading national

health organizations are recognizing the immense public health risks associated with gas

combustion, particularly from gas appliances.  In June 2022, the American Medical Association

stated that it:

> (1) recognizes the association between the use of gas stoves, indoor nitrogen
> dioxide levels and asthma; [and]
> (2) will inform its members and, to the extent possible, health care providers, the
> public, and relevant organizations that use of a gas stove increases household air
> pollution and the risk of childhood asthma and asthma severity; which can be
> mitigated by reducing the use of the gas cooking stove, using adequate ventilation,
> and/or using an appropriate air filter; and
> (3) will advocate for innovative programs to assist with mitigation of cost to
> encourage the transition from gas stoves to electric stoves in an equitable
> manner.[38]

In July 2022, the American Lung Association published a report synthesizing its

literature review of the impacts of indoor residential gas combustion, finding that gas appliance

emissions degrade indoor air quality, resulting in worse asthma symptoms and reduced lung

---

[34] Am. Cancer Soc'y, *Benzene and Cancer Risk*, *available at* https://www.cancer.org/cancer/risk-prevention/chemicals/benzene.html (last revised Feb. 1, 2023).

[35] Michanowicz *et al.*, *supra* n. 8, at 10258.

[36] Lebel, Eric D. *et al.*, *supra* n. 8, at 15,828, 15828, & 15,835.

[37] Garg, A., *et al.*, Exposure and Health Risks of Benzene from Combustion by Gas Stoves: A Modelling approach in US Homes, 492 J. HAZARDOUS MATERIALS 15 (July 2025), *available at* https://www.sciencedirect.com/science/article/pii/S0304389425009021

[38] Am. Med. Ass'n, House of Delegates Report of Reference Committee D at 16-17, Res. 439, A-22 (2022), *available at* https://policysearch.ama-assn.org/policyfinder/detail/gas%20stove?uri=%2FAMADoc%2Fdirectives.xml-D-135.964.xml.

function in children and other vulnerable populations.[39] In November 2022, the American Public

Health Association adopted a policy acknowledging the scientific evidence linking gas stove

emissions and negative health effects and called on regulatory agencies and policymakers to

enact measures to abate gas appliance emissions.[40] The D.C. Council's Committee on

Transportation and the Environment Report ("Committee Report") recognized the scientific

consensus on gas appliances, noting that "[g]as stoves produce carbon monoxide, formaldehyde,

and nitrogen dioxide, all of which are harmful to human health; nitrogen dioxide, in particular,

has been found to cause higher rates of asthma."[41]

Fossil fuel combustion in buildings is a major source of outdoor air pollution as well.

According to data from EPA's National Emissions Inventory, combusting fossil fuels in

buildings releases over 250,000 tons per year of carbon monoxide, over 460,000 tons of nitrogen

oxides, and more than 15,000 tons of fine particulate matter nationwide.[42] The consequences of

these emissions on ambient air quality are significant and harmful.  Ground-level ozone is a

highly reactive gas that is formed by interactions between nitrogen oxides and volatile organic

compounds, which are emitted by gas-burning equipment and other sources, in the presence of

---

[39] Am. Lung Ass'n, *Literature Review on the Impacts of Residential Combustion, Final Report* (2022), available at https://www.lung.org/getmedia/2786f983-d971-43ad-962b-8370c950cbd6/ICF_Impacts-of-Residential-Combustion_FINAL_071022.pdf.

[40] Am. Pub. Health Ass'n, *Gas Stove Emissions Are a Public Health Concern: Exposure to Indoor Nitrogen Dioxide Increases Risk of Illness in Children, Older Adults, and People with Underlying Health Conditions* (Nov. 8, 2022), *available at* https://www.apha.org/Policies-and-Advocacy/Public-Health-Policy-Statements/Policy-Database/2023/01/18/Gas-Stove-Emissions.

[41] Council of the District of Columbia, Committee on Transportation and the Environment, Committee Report, B24-420, the "Clean Energy DC Building Code Amendment Act of 2022," at 7, available at https://lims.dccouncil.gov/downloads/LIMS/47959/Committee_Report/B24-0420 Committee_Report1.pdf?Id=140368.

[42] Data from U.S. EPA, *2017 National Emissions Inventory (NEI) Data*, *available at* https://www.epa.gov/air-emissions-inventories/2017-national-emissions-inventory-nei-data#dataq.

heat and sunlight.[43] Ozone exposure, even short-term exposure, is linked to chronic conditions affecting the respiratory, cardiovascular, reproductive, and central nervous systems, as well as premature mortality.[44] One such condition is asthma; ozone is associated with increased asthma attacks, emergency room visits, hospitalization, and medication for asthma.[45] Rewiring America recently published a study finding that substituting electric appliances for fossil fuel appliances that vent outdoors (*i.e.*, space and water heaters and clothes dryers) would produce $40 billion in annual public health benefits—including 3,400 fewer premature deaths, 1,300 fewer hospital admissions and emergency room visits, and 220,000 fewer asthma attacks.[46] While the health impacts of ozone are ubiquitous, certain populations are at an increased risk, including people with asthma, children, people over the age of 65, and outdoor workers.[47]

## II.    Gas Combustion in Buildings Causes Harmful Climate Pollution, In Contravention of District Law.

In addition to contributing to harmful ozone pollution, gas combustion in buildings is also a significant source of greenhouse gas emissions.  This climate pollution impedes the District's ability to comply with its binding climate laws, and has national and international repercussions because it worsens the climate crisis.  As described above, gas combustion in the District's building sector releases the greenhouse gas carbon dioxide, and methane—an even more potent

---

[43] U.S. EPA, *What is Ozone?, available at* https://www.epa.gov/ozone-pollution-and-your-patients-health/what-ozone# (last updated June 20, 2024).

[44] U.S. EPA, *Integrated Science Assessment for Ozone and Related Photochemical Oxidants* 1-5, Tbl. 1-1 (Feb. 2013), *available at* https://ordspub.epa.gov/ords/eims/eimscomm.getfile?p_download_id=511347 [hereinafter "2013 Ozone Integrated Science Assessment"].

[45] U.S. EPA *Policy Assessment for the Review of the Ozone National Ambient Air Quality Standards,* at 3-27 to 3-28, *available at* https://www3.epa.gov/ttn/naaqs/standards/ozone/data/20140829pa.pdf.

[46] Rewiring America, *Breathe Easy* (Dec. 2024), *available at* https://a-us.storyblok.com/f/1021068/x/f03d441bd0/breathe-easy-report-rewiring-america.pdf.

[47] U.S. EPA, *supra* n.44 at 2-30.

greenhouse gas—also leaks from gas distribution pipes that supply buildings with this fuel.  The

building sector comprises a significant and growing share of the District's total greenhouse gas

emissions.  According to the District Department of Energy and Environment's Greenhouse Gas

Inventory, a staggering 72% of the District's total greenhouse gas emissions came from the

building sector in 2022.[48]

In 2022, acknowledging the myriad harms posed by climate change and the need to

accelerate emissions reductions, the D.C. Council passed the Climate Commitment Amendment

Act of 2022, which requires D.C. to reduce city-wide emissions 60% below 2006 levels by 2030

and reach carbon neutrality by 2045.[49] In the Committee Report published prior to the enactment

of the Act, the Council noted that "dire warnings from the climate science community about the

need to decarbonize as quickly as possible have led other states to adopt more aggressive

emissions reduction targets."[50] The Council recognized the outsized impact of reducing

emissions from the buildings section, finding that "the District, in particular, is better positioned

to meet these goals than most states because the vast majority of our emissions come from

buildings and transportation, which tend to be the 'low-hanging fruit' in the effort to decarbonize

our society,"[51] and noted that the "technology to decarbonize most buildings and transportation

is for the most part already widely available and relatively affordable."[52] The Climate

Commitment Amendment Act of 2022 also commanded government action, requiring the

---

[48] District Department of Energy and Environment, *Greenhouse Gas Inventories*, *available at* https://doee.dc.gov/service/greenhouse-gas-inventories

[49] Climate Commitment Amendment Act of 2022, D.C. Law 24-176.

[50] Climate Commitment Amendment Act of 2022, Comm. Rep. at 3, *available at* https://lims.dccouncil.gov/downloads/LIMS/47264/Committee_Report/B24-0267-Committee_Report1.pdf?Id=140367

[51] *Id.* at 4.

[52] *Id.* n. 11.

District government to reduce emissions from its operations to net-zero by 2040 (five years earlier than the City's net-zero deadline) and requiring the District government to largely stop buying fossil fuel burning space- and water-heating systems and vehicles beginning in 2025 and 2026, respectively.

The District's clear approach to improving outdoor ambient air quality and meeting legally mandated greenhouse gas emissions reduction targets is through reducing gas combustion in buildings.  This court should maintain the ability for the District to enact laws pursuant to its valid police powers that effectuate its legislative and policy preferences in the interests of residents' health and safety.

### III.    Indoor And Outdoor Air Pollution Related to Gas Combustion Exacerbates Health Risks to Vulnerable Populations, Including Low-Income Communities and Communities of Color

Pollution from indoor gas combustion can result in severe health consequences for vulnerable populations, including children, the elderly, individuals with respiratory illnesses, and communities of color who already tend to bear greater indoor and outdoor air pollution burdens. Multiple demographics, including age, ethnicity, and socioeconomic status, are correlated with disproportionate individual health risk from outdoor air pollution,[53] which in turn exacerbates inequities in risks from exposure to pollution.

The link between gas stoves and childhood asthma has been well-known in the public health community for almost three decades.  A 1992 study found that children exposed to higher levels of indoor nitrogen dioxide—at an increment "comparable to the increase resulting from

---

[53] Am. Lung Ass'n, *State of the Air: Populations at Risk*, https://www.lung.org/research/sota/key-findings/people-at-risk (last visited May 30, 2025).

exposure to a gas stove"—had an elevated risk of respiratory illness.[54] More recently, a 2013 meta-analysis of 41 studies, spanning 36 years of research, demonstrated that children living in homes with gas stoves had a 42 percent higher risk of experiencing asthma symptoms and, over their lifetimes, a 24 percent increased risk of being diagnosed with asthma.[55] Children aged four and under who are exposed to indoor nitrogen dioxide from gas appliances are also more likely to experience impaired cognitive function and are at greater risk of developing attention-deficit or hyperactivity disorder symptoms.[56] In 2016, EPA determined that there is a causal relationship between short-term exposure to nitrogen dioxide and respiratory effects, and likely a causal relationship between long-term exposure to nitrogen dioxide and the development of asthma in children.[57] In making this finding, EPA reviewed studies that showed even small increases in short-term exposure to indoor nitrogen dioxide—such as exposure generated from indoor gas stove use—can increase asthma risks for children.[58] In D.C., which is characterized as a "pediatric asthma hotspot," the health dangers associated with gas combustion in buildings

---

[54] Hasselblad, Vic *et al.*, *Synthesis of environmental evidence: Nitrogen dioxide epidemiology studies*, 42 J. AIR & WASTE MGMT. ASS'N 662, 662 (1992).

[55] Tan, Yu A. *et al.*, RMI, *Decarbonizing Homes: Improving Health in Low-Income Communities through Beneficial Electrification* at 17 (2021), available at https://rmi.org/insight/decarbonizing-homes/ (citing Lin, Weiwei *et al.*, *Meta-Analysis of the Effects of Indoor Nitrogen Dioxide and Gas Cooking on Asthma and Wheeze in Children*, 42 Int'l J. Epidemiology 1724 (2013)).

[56] Brady A. Seals *et al.*, RMI, *Health Effects from Gas Stove Pollution* 13 (2020) (citing Morales, Eva *et al.*, *Association of Early-life Exposure to Household Gas Appliances and Indoor Nitrogen Dioxide With Cognition and Attention Behavior in Preschoolers*, 169 AM. J. EPIDEMIOLOGY 1327 (2009))

[57] 2016 NOx ISA, *supra* note 35, at lxxxii, Table ES-1.

[58] Seals *et al.*, *supra* note 56, at 12 (citing Belanger, Kathleen *et al.*, *Household levels of nitrogen dioxide and pediatric asthma severity*, 24 EPIDEMIOLOGY 320 (2013))

14

disproportionately affect Black children, who make up 32.1% of pediatric asthma cases in D.C. as compared to white children, who make up 20.5% of the cases.[59]

Other vulnerable populations also experience greater adverse health effects from indoor air pollution, including the elderly and individuals with existing respiratory illnesses such as asthma, cardiovascular disease, or chronic obstructive pulmonary disease. For adults with asthma, nitrogen dioxide exposures not much higher than peak outdoor one-hour concentrations can exacerbate symptoms.[60] This is particularly troubling considering that gas stoves or ovens can produce levels of nitrogen dioxide exceeding the legally acceptable outdoor one-hour concentration limit within a matter of minutes.[61] A 2021 study concluded that elderly adults who experience long-term exposure to even low concentrations of $PM_{2.5}$ and nitrogen dioxide are at increased risk for pneumonia, stroke, and cardiovascular conditions.[62]

Throughout the United States, communities of color and low-income communities bear disproportionate pollution burdens and are more likely to live in areas with high levels of air pollution. In 2014, a University of Minnesota study found that outdoor nitrogen dioxide concentrations are 38 percent higher in communities of color in the United States, compared to white communities.[63] Communities forced to breathe these elevated levels of pollution face

---

[59] Gnanakumar, A., *et al.*, American Academy of Pediatrics D.C. Chapter, *Mindful Breathing for Kids: Conquering Asthma in Washington D.C. On Stress-Free Breath at a Time*, (Mar. 23, 2022), available at https://www.aapdc.org/mindful-breathing/

[60] *Id.* at 12 (citing 2016 NOx ISA, *supra* note 35, at 1-18, 1-31, 5-240)

[61] Lebel *et al.*, *supra* note 14, at 2529

[62] Yazdi, Mahdieh D. *et al.*, Long-Term Association of Air Pollution and Hospital Admissions Among Medicare Participants Using a Doubly Robust Additive Model, 143 CIRCULATION 1584 (Feb. 22, 2021), *available at* https://www.ahajournals.org/doi/10.1161/CIRCULATIONAHA.120.050252

[63] Clark, Lara P. *et al.*, *National Patterns in Environmental Justice and Inequality: Outdoor NO2 Air Pollution in the United States*, PLoS ONE 9(4): e94431 (April 15, 2014), *available at* https://journals.plos.org/plosone/article?id=10.1371/journal.pone.0094431

serious health consequences, and one study has estimated that reducing people of color's nitrogen dioxide exposure to that experienced by whites would reduce ischemic heart disease mortality by around 7,000 deaths per year.[64]

Another recent study showed that communities of color, regardless of income, are also exposed to more outdoor $PM_{2.5}$ pollution from a variety of sources, including power plants, industrial facilities, agricultural activities, vehicles, and residential gas combustion.[65] The study also showed that the relative disparity in exposure to outdoor $PM_{2.5}$ caused by residential gas combustion is among the largest, as people of color are exposed to almost twice as much $PM_{2.5}$ as whites.[66] Indeed, residential gas combustion showed the highest relative racial-ethnic disparity out of the 14 source categories studied—more than power plants, vehicles, and industrial sources.[67]

Housing conditions in low-income communities contribute to socioeconomic disparities in household exposure to indoor air pollution.  For example, smaller units, higher occupant density, and inadequate ventilation all contribute to higher levels of nitrogen dioxide in lower-income, multifamily buildings.[68] As noted above, increased levels of nitrogen dioxide exposure can lead to cardiovascular effects, diabetes, cancer, and reproductive harms[69] and are

---

[64] *Id.*

[65] Tessum, Christopher W. *et al.*, *PM2.5 polluters disproportionately and systemically affect people of color in the United States*, 7 Sci. Advances 18 (April 28, 2021), *available at* https://advances.sciencemag.org/content/suppl/2021/04/26/7.18.eabf4491.DC1

[66] *Id.* at 1, supplementary data file S2.

[67] Louis-Prescott, L, *et al.*.; Rocky Mountain Institute, *How Air Agencies Can Help End Fossil Fuel Pollution from Buildings*, 8 (2021), *available at* https://rmi.org/insight/outdoor-air-quality-brief/.

[68] Seals *et al.*, *supra* note 56, at 14 (*citing* Adamkiewicz, Gary *et al.*, *Moving Environmental Justice Indoors: Understanding Structural Influences on Residential Exposure Patterns in Low-Income Communities*, 101 Am. J. Pub. Health 238 (Dec. 2011), *available at* https://pmc.ncbi.nlm.nih.gov/articles/PMC3222513/

[69] *Id.* at 12

exacerbated by the additive exposure to both indoor and outdoor air pollution in vulnerable communities.

The impact of indoor and outdoor air pollution on human health was made even more apparent since the COVID-19 pandemic.  Several studies have confirmed that communities living in regions with high levels of outdoor air pollution are more vulnerable to adverse health outcomes, including morbidity and mortality, from COVID-19.[70]

### IV.    Regulating Air Pollution in and from Buildings Falls Squarely Within the District's Police Powers.

The Clean Buildings Act is not preempted by EPCA.  EPCA is chiefly concerned with setting energy efficiency standards for appliances, whereas the law at issue is aimed at reducing emissions from buildings.  The law neither establishes, references, relies upon, nor is connected to any "energy efficiency" or "energy use" standards for any covered appliances, as those terms are defined under EPCA.  *Cal. Div. of Labor Stds. Enforcement v. Dillingham Constr., N.A.*, 519 U.S. 316, 325 (2010)) (stating that a law is preempted when a preempted subject matter is referenced or essential to the law's operation).  Simply put, the Clean Buildings Act is not "the type of state law that Congress intended [EPCA] to supersede." *De Buono v. NYSA-ILA Med. and Clinical Services Fund*, 520 U.S. 806, 814 (1997).

To the contrary, the law is a valid exercise of the District of Columbia's police power, which authorizes the District to promulgate regulations that protect its residents' public health

---

[70] Wu, Xiao *et al.*, *Exposure to Air Pollution and COVID-19 Mortality in the United States*, 6 SCI. ADVANCES 45 (Nov. 4, 2020), *available at* https://pmc.ncbi.nlm.nih.gov/articles/PMC7673673/; Carballo, Ireri Hernandez, *et al.*, *The Impact of Air Pollution on COVID-19 Incidence, Severity, and Mortality: A Systematic Review of Studies in Europe And North America*, 215 ENV. RESEARCH Part 1 (December 2022), *available at* https://www.sciencedirect.com/science/article/pii/S0013935122014827?via%3Dihub

and safety.  The D.C. Circuit has made clear that the D.C. Council has a "broad delegation of police power from Congress." *Firemen's Ins. Co. of Washington, D.C. v. Washington*, 43 F.2d 1323, 1327-28 (D.C. Cir. 1973) (noting that "[w]hen Congress delegates its police power to the local government, that entity's powers become as broad as those of Congress, limited only by the Constitution or specific Congressional enactment").  Included in that power is authority for the Council to make laws that are "necessary for the protection of lives, limbs, health, comfort and quiet of all persons and the protection of all property within the District of Columbia." *Id*. (*citing* 1 D.C. Code 226 (1967)).  That "delegation includes the authority to perform public functions, such as providing for public health and safety." *D.C. v. Owens-Corning Fiberglas Corp.*, 572 A.2d 394, 403 (D.C. 1989) (*citing D.C. v. John R. Thompson Co.,* 346 U.S. 100, 109 (1953)).

As set forth above, by reducing indoor and outdoor air pollution from buildings through limiting gas combustion, the Clean Buildings Act, once implemented through code amendments, will provide critical public health protections.  As such, the Act falls squarely within the District's police powers.  Plaintiffs' overbroad reading of EPCA would hamstring the District's ability to protect residents from harmful pollution.  That ability is an important element of the District government's police power that is far removed from regulating appliances' energy efficiency, which Congress did not intend to disturb in enacting EPCA.  *See, e.g.*, 75 Fed. Reg. 59,470, 59,530 (Sept. 27, 2010) (U.S. Department of Energy explaining that it "interprets 'regulation concerning energy use'" in EPCA's preemption provision "to be equivalent to an 'energy conservation standard'"); 47 Fed. Reg. 14,424, 14,456 (Apr. 2, 1982) (U.S. Department of Energy proposing to review waivers of preemption only for "State regulations that are appliance *efficiency* standards," because "[a state] rule whose purpose is other than energy efficiency such as a law on fire safety, would not appear to be preempted by the Federal rule,

even if it has a secondary and incidental effect of improving the efficiency of a covered

product").

Moreover, Plaintiffs' expansive reading of EPCA's preemptive scope would run contrary

to other Congressional enactments that have carefully preserved states' and localities' traditional

authority to address outdoor air pollution, including emissions from combustion appliances. *See,*

*e.g.*, 42 U.S.C. § 7401 (finding that "air pollution control at its source is the primary

responsibility of States and local governments"); 42 U.S.C. § 7416 (preserving the "right of any

State or political subdivision thereof to adopt or enforce (1) any standard or limitation respecting

emissions of air pollutants or (2) any requirement respecting control or abatement of air

pollution"); 47 Fed. Reg. 29,231 (Jan. 7, 1986) (EPA approving local emission standards for

furnaces in California's Clean Air Act State Implementation Plan); 75 Fed. Reg. 20,112, 20,133

(Apr. 16, 2010) (U.S. Department of Energy recognizing that local emission standards for water

heaters are valid, even though they can affect these appliances' efficiency).

Indeed, a federal court in New York recently dismissed a lawsuit challenging a city law

limiting emissions from the combustion of fossil fuels in new construction. *Ass'n of Contracting

Plumbers v. City of New York*, 2025 WL 843619 (S.D.N.Y. Mar. 18, 2025) (slip op.) at *14-*15.

The court reasoned that the city's prohibition of high-emitting fossil fuel appliances in certain

new buildings "does not have a connection with EPCA's subject matter because it does not

'focus on' the performance standards applicable to covered products" and "does not draw any

distinction between products based on their energy efficiency or energy use as manufactured."

*Id.* at *13 (*citing Rowe v. New Hampshire Motor Transp. Ass'n*, 552 U.S. 364, 371 (2008)).  The

court observed that "[r]egulations prohibiting the use of certain types of fuels and appliances in

residential, commercial, and industrial settings are integral to municipal construction and fire

codes." *Id.* at *14.  These core local regulatory functions would be preempted under the

Plaintiffs' reading of EPCA—an absurd consequence which this court must avoid.  *Cannon v.*

*Watermark Ret. Communities, Inc.*, 45 F.4th 137, 149 (D.C. Cir. 2022).  Further, because no

federal law grants any federal agency general authority to regulate indoor air pollution,

Plaintiffs' interpretation would create a regulatory void, where neither federal nor state and local

authorities can act to address the public health threat from the combustion of gas inside

buildings.  EPCA cannot reasonably be read to preempt the Clean Buildings Act and other

important local exercises of police power to protect health and safety.

## CONCLUSION

The undersigned *amici* urge this Court to uphold the District of Columbia's right to

protect its residents and their environment by reducing the unsafe, unhealthy pollution stemming

from gas combustion.  For the reasons stated above, *amici* request this Court grant Defendant's

Motion for Summary Judgment and deny Plaintiffs' Motion for Summary Judgment.

Dated: June 4, 2025                    Respectfully Submitted,

                                       */s/ Timothy R. Oberleiton*
                                       Timothy R. Oberleiton (D.C. Bar No. 1617107)
                                       Earthjustice
                                       1001 G St NW
                                       Washington, D.C. 20001
                                       toberleiton@earthjustice.org

                                       *Counsel for Amici Curiae*