**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED STATES,** *et al.*,<br><br>      **Plaintiffs,**<br><br>      **v.**<br><br>**DISTRICT OF COLUMBIA,**<br><br>      **Defendant.** | **No. 1:24-cv-02942-ACR** |

## NOTICE OF APPEAL

Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, notice is hereby given that Plaintiffs National Association of Home Builders of the United States, Restaurant Law Center, National Apartment Association, Maryland Building Industry Association, Washington Gas Light Company, Philadelphia-Baltimore-Washington Laborers' District Council, and Teamsters Local 96 appeal to the United States Court of Appeals for the District of Columbia Circuit from the order entered in this action on March 26, 2026 (Dkt. 48), in accordance with the accompanying Memorandum Opinion of this Court entered on March 26, 2026 (Dkt. 48).

Respectfully submitted,

BAKER BOTTS L.L.P.

/s/ *J. Mark Little*
J. MARK LITTLE [admitted pro hac vice]
910 Louisiana Street
Houston, TX 77002
Phone: (713) 229-1489
Email: mark.little@bakerbotts.com

SCOTT NOVAK [1736274]
700 K St NW
Washington, D.C. 20001
Phone: (202) 639-1316
Email: scott.novak@bakerbotts.com

*Counsel for National Association of Home Builders of the United States, Restaurant Law Center, National Apartment Association, Maryland Building Industry Association, and Washington Gas Light Company*

BREDHOFF & KAISER, P.L.L.C

/s/ *Abigail V. Carter*
Abigail V. Carter [474454]
805 15th St. NW, Ste. 1000
Washington, D.C. 20005
Phone: (202) 842-2600
Email: acarter@bredhoff.com

*Counsel for Philadelphia-Baltimore-Washington Laborers' District Council*

MOONEY, GREEN, SAIDON, MURPHY, & WELCH, P.C.

/s/ *Lauren McDermott*
LAUREN MCDERMOTT [1008301]
1920 L St NW
Washington, D.C. 20036
Phone: (202) 783-0010
Email: lmcdermott@mooneygreen.com

*Counsel for Teamsters Local 96*

**CERTIFICATE OF SERVICE**

On April 14, 2026, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, District of Columbia, using the electronic case filing system of the court. Service was accomplished through the CM/ECF system.

*/s/ J. Mark Little*
J. Mark Little